IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-4673-K |
| | § | |
| AFFILIATED COMPUTER | § | |
| SERVICES, LLC n/k/a XEROX | § | |
| BUSINESS SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Mediation Report and Motion to Compel Mediation (Doc. No. 75). The Court **GRANTS** the motion but **modifies** the requested deadline. The parties are **ordered to complete mediation on or before June 20, 2014. The mediation report is due on or before June 27, 2014.** <u>No extensions of these deadlines will be granted.</u> The parties are reminded that the mediation deadline is one set by the Court and good faith participation is not optional, regardless of a party's position on the matter. The Court would also remind the parties that they requested certain deadlines in the Court's Scheduling Order be modified, including the mediation deadline. *See* Doc. No. 44. The Court granted this request, using the parties' suggested new deadlines, again including mediation. *See* Doc. No. 45. The Court has

little tolerance when it generously extends deadlines for the parties only for them to disregard the new deadline, which they requested.

**SO ORDERED.**

Signed May19th, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE