# Exhibit B



# Quality Center 10
## Installation of QC Explorer

Patch 19

09 January 2011
Version 19.0109B



©2011 Xerox Corporation and ACS, A Xerox Company.  All rights reserved. ACS® and the ACS design are trademarks of ACS Marketing LP in the United States and/or other countries. Xerox® and Xerox and Design® are trademarks of Xerox Corporation in the United States and/or other countries.

# Table of Contents

Preface...........................................................................................................4

    General Purpose and Audience ........................................................................4

    Notable Enhancements:....................................................................................4

Prerequisites ................................................................................................5

    General..............................................................................................................5

    Window 7 & Vista.............................................................................................5

        In Windows 7 and Vista 'Run as Administrator'........................................8

        Win 7 Limitations.......................................................................................8

        Vista Limitations........................................................................................9

Installation.................................................................................................10

    Windows XP - Install Steps ............................................................................10

    Windows Vista & Windows 7 - Install Steps..................................................12

Running QCExplorer ..................................................................................14

    Windows 7 & Vista.........................................................................................14

Troubleshooting.........................................................................................15

    Issues:.............................................................................................................15

        1.      Microsoft Capicom error messages:............................................15

        2.      Quality Center objects do not display or display incorrectly (icons, tabs, etc.):....................................................................................................15

        3.      Error Message: client components were not downloaded...................16

    Still having issues?.........................................................................................16

# Preface

## General Purpose and Audience

This document details the necessary steps to install the QCExplorer client, the HP Quality Center (QC) recommended browser for accessing Quality Center and is applicable for all QC users.

## Notable Enhancements:

- Windows XP SP3 is now supported
- Windows 7 32 bit is now certified to work with Quality Center 10.00 (**Quality Center 10.00 should not be installed using elevation**)
- Windows 7 64-bit is now certified for Quality Center 10.00

Installation of QCExplorer

# Prerequisites

## General

- <u>You must have local administrator access on your pc to install this add-in</u>.  If you are not a local admin then please contact your IT Desktop Support to do the install for you.
- If you don't know what operating system you are using please identify it by going to Start → Control Panel → System so that you know what install steps to complete.
- The  client operating systems supported are:
  - Windows XP (SP2) 32 bit, or (SP3) 32 bit (Recommended)
  - Windows 2000 32 bit
  - Window Vista (SP1) 32 bit
  - Windows 7 32 bit
  - Windows 7 64-bit is now certified for Quality Center 10.00

## Window 7 64 bit

**To work with Windows 7 64-bit:**
1. **Prerequisites.** The following must be installed prior to Quality Center 10.00 client installation:
   a. Microsoft Installer version 3 or later
   b. Microsoft .Net Framework 3.5 SP1 or later
   c. Microsoft Visual C++ 2005 SP1 and higher
   d. CAPICOM 2.1.0.2.
   e. For rich content and Document Generator: MS Office 2003 or 2007 (preferable due to DEP issue)
   f. For Document Generator: MS XML 3.0

2. **Uninstall previous versions**:
   a. Previous installations of Quality Center must be completely removed, including unregistering and deleting all modules.

   b. **If the previous version was installed with MSI (Quality Center client side)**: Uninstall using the MSI installer. Make sure to also remove the spider.

   c. **If the previous version was installed using the browser (i.e.  Spider)**: You must unregister (regsvr32.exe -u) all components and spider, for example, from "Program Files\Common Files\Mercury Interactive\Quality Center".

   d. Quality Center Client Installation:

Installation of QCExplorer

1. <u>Quality Center Client Side (i.e. MSI) installation</u>: The MSI installation should be initiated from a command line prompt, run as an administrator.
2. <u>Internet Explorer installation (i.e. Spider)</u>: The installation should be initiated from Internet Explorer, run as an administrator.
3. Quality Center 10.00 should **not** be installed using elevation.

**Note:** If the installation is initiated from an IE/Command Line Prompt and not run as administrator, the following may occur: Quality Center will keep retrying to download components, and report failings in either downloading the components, opening downloaded files, or registering components.

3. **Installation Procedure**: You can install using client-side installation, Internet Explorer or Quality Center Explorer.

**Quality Center 10.00 Client Side installation:**

1. Login to the Windows 7 or Vista machine as either an Administrator or as a standard user.
2. Obtain and save a copy of QCClient.MSI in a temporary folder.
3. Run an administrator Command Prompt shell (i.e. CMD.exe): **(Note: Without explicitly running the command prompt as admin, the installation will fail.)**
   a. For an interactive user: Choose **Start** > **Programs** > **Command Prompt**, right-click and choose **Run as Administrator**.
   b. If an elevation prompt window opens, provide credentials (i.e. User Name and Password of an Administrator user) if needed, or click 'Continue'.
4. In the command prompt window, navigate to the temporary folder where the QCClient.MSI file had been previously saved (**3.1.b**).
5. Run QCClient.MSI from that command prompt.
6. Follow the Quality Center 10.00 installation wizard instructions.

**Quality Center 10.00 Internet Explorer Installation:**

1. Run Internet Explorer by right clicking the IE icon, and choosing 'run as an Administrator' (**see also: step 3.1.c above as an example**). If requested, provide credentials.
2. Browse to the Quality Center Server URL. Quality Center downloads and installs automatically.

**Quality Center Explorer Installation:**

1. Save a copy of QCExplorerAddIn.exe in a temporary folder, or download it to a temporary folder from a Quality Center Server site.
2. Run an administrator Command Prompt shell (**see item 3.1.c**).
3. Switch off DEP (Data Execution Prevention. For details, refer to the following link: http://en.wikipedia.org/wiki/Data_Execution_Prevention):
   a. On the administrator command prompt – execute:
      bcdedit /set {current} nx AlwaysOff
   b. Restart the machine
4. Validate DEP is switched off by executing bcdedit.exe on an administrator Command Prompt. The '**nx**' property value should be **AlwaysOff**.
5. In the Administrator Command Prompt, navigate to the folder where QCExplorerAddIn.**exe** is located, and run it.
6. Follow the installation instructions.
7. After the Quality Center Explorer Add-in installation is completed, the DEP level can be restored to its previous level.
   For example, if the previous DEP level was OptIn, run the following command in the Administrator Command Prompt:
   bcdedit /set {current} nx OptIn

# Window 7 & Vista

## In Windows 7 and Vista 'Run as Administrator'

During uninstall and installation steps all programs must be started using the 'Run as Admin' command which is accessed by a right click on the icon.

**Notes:**

- There is a major difference between usage and installation. Installation should **always** be performed with administrator rights. However, logging in as an administrator does not provide administrator rights. For both installation types - browser or MSI – you must specify that the installation is to be executed as administrator. More details are provided later in this document.

- MSI and Spider installation should never be mixed on the same Vista machine.
  When re-installing a Quality Center client of the other type (i.e. MSI/Spider) on a machine with Quality Center, the previous installation must be completely removed, and all existing modules must be unregistered and deleted before re-installing. (Common symptoms include: Quality Center window hanging or blank before login, Quality Center hanging while trying to open the VAPI-XP Test Script tab, repeated attempts at downloading, and others).

   Deletion of the client side components is not sufficient. Components must be unregistered.
   - Regular (COM) components should be unregistered using Regsvr32 /u
   - For .NET components use Regasm /u
   - Remove spider:
       From Internet Option > Programs > manage add-ons
       delete Loader class v5  or any Loader Class v*

   In some cases, Vista might keep copies of components in places the user is not aware of. If there are problems after installation and uninstalling is not helpful, search for all Quality Center components on the client machine (File System and Registry). Remove all Quality Center related components.

## Win 7 Limitations

- No support for Far East locales.
  Defects:
  90466, Korean certification: Input from keyboard in Requirement Name field causes a sign "?" of last typing symbol
  90706, Korean certification. "??" signs appear in filter condition of Test Plan Filter in Test Lab

- HP Screen Recorder
  Defects
  87572, Unable to submit a bug using "close and submit" feature of HP Screen Recorder

- virtual machine
  Defects
  87542, Unable to export data to file in virtual machine

- QTP

QTP requires an installation patch for supporting Win 7 OS:
QTP_00644 - Add Support for Using QuickTest on Windows 7
and Windows Server 2008 R2
On machines with Hardware DEP enabled (OptIn level or
higher), it is not possible to work with QTP Test Scripts from
QC.

- Reconnection error
  87743. Unable to re-connect if user has logged off and browser
  remained open. Workaround: Close and reopen browser
- VAPI-XP
  It is not possible to work with VAPI-XP
  Defect: 92329
  Win 7: "Invalid value for registry" unexpected error appears
  while start to run vapi-xp test

## Vista Limitations

a. The following limitations are relevant only for standard users (non-administrator users) running IE with **Protected Mode** set to **enabled**:
   1. Mappings in Excel Add-in cannot be saved.
   2. Attachments/resources can only be uploaded from %TEMP%\TD_80\
   3. Attachments/resources/Document Generator reports/exported lists will be saved as or downloaded into virtualized folders only. This means that if the user tries to save to any folder it might be unsuccessful.
   4. Rich content cannot be used.
   5. Exported Grid lists can be saved to %TEMP%\TD_80\. Otherwise they will be saved to virtualized locations.
   6. Document Generator progress bar window remains in the back.

   **Note:** Non-admin users are required to run the Quality Center Client with Protected Mode **disabled**, thus avoiding these issues altogether.

b. MSR Player is not DEP compliant. In order to use the MSR Player, DEP level must be either OptIn, AlwaysOff , or OptOut with MSR Player exempted.
c. On machines with Hardware DEP enabled (OptIn level or higher), it is not possible to work with QTP Test Scripts from QC

# Installation

This section covers the steps to be taken in order for a successful install of the QCExplorer client.   If you don't know what operating system you are using please identify it by going to Start → Control Panel → System so that you know what install steps to complete.

## Windows XP - Install Steps

1.   Read the prerequisites section and make sure that all prerequisites are satisfied

2.   Close all browsers.

3.   Uninstall both clients only if they are installed already – this step may be skipped if clients are not installed: Go to Control Panel → 'Add/Remove Programs' uninstall **QCExplorer** (if installed) **and Quality Center Client Side** (if installed).  If you receive a message about deleting Spider10.ocx, Click 'Yes' to delete it.



4.   **Restart your PC**.  (Vista users after the restart Disable all antivirus software)

5.   Click http://update.external.hp.com/qualitycenter/qc100/others/qcexplorer/index.html

6. Click 'Download Add-in' and then click Run and accept security warnings to install the QC Explorer



7. When the previous step is completed, run the QC Explorer (Start→All Programs→Quality Center→QCExplorer).

8. Copy and paste the Quality Center URL (https://qe.hcms.acsonline.com/qcbin) into the address bar and click Go and then accept security warnings to complete the install:



Next time you logon you do not need to paste in the url as it will be available by clicking the drop down arrow.

9. Restart your PC and Logon to Quality Center as usual any necessary downloads are finished.

If you are not able to logon:

➤ 'Authentication Failed…' message – Copy and paste your password from your password email be sure not to copy any spaces before or after your password.

➤ If you don't know your password please use the Forgot Password link https://qe.hcms.acsonline.com/AccountManager to reset it.

➤ If you still experience any issues please send screen shots of the issues to Quality Center Support qualitycentersupport@acs-inc.com.

# Windows Vista & Windows 7 - Install Steps

1. Read the prerequisites section and make sure that all prerequisites are satisfied

2. Close all browsers.

3. Uninstall both clients only if they are installed already – this step may be skipped if clients are not installed: Go to Start, then Search 'Programs and Features'.  Uninstall **QCExplorer** (if installed) **and Quality Center Client Side** (if installed).  If you receive a message about deleting Spider10.ocx, Click 'Yes' to delete it.



4. Go to Start, then Search 'Command Prompt' and right click it to 'Run as administrator' then type: bcdedit.exe/set {current} nx AlwaysOff

5. **Restart your PC**.  (Disable all antivirus software)

6. Click http://update.external.hp.com/qualitycenter/qc100/others/qcexplorer/index.html

7. Click 'Download Add-in' and then click Run and accept security warnings to install the QC Explorer – Windows 7 and Vista users: Quality Center 10.00 should **not** be installed using elevation



8. When the previous step is completed, Click Start→All Programs →Quality Center then right click and 'Run as Administrator' and select 'QCExplorer' to finish the installation. <u>After the install is completed be sure to read the next section 'running QCExplorer</u>

9. Copy and paste the Quality Center URL (https://qe.hcms.acsonline.com/qcbin) into the address bar and click Go and then accept security warnings to complete the install:



Next time you logon you do not need to paste in the url as it will be available by clicking the drop down arrow.

10. Restart your PC and Logon to Quality Center as usual any necessary downloads are finished.

> If you are not able to logon:

> ➢ 'Authentication Failed…' message – Copy and paste your password from your password email <u>be sure not to copy any spaces before or after your password</u>.

> ➢ If you don't know your password please use the Forgot Password link https://qe.hcms.acsonline.com/AccountManager to reset it.

> ➢ If you still experience any issues please send screen shots of the issues to Quality Center Support qualitycentersupport@acs-inc.com.

11. If antivirus software was disabled earlier – you can enable it at this point.

12. Windows 7 & Vista users: After installation is complete, DEP can be re-enabled with the following command again from the command prompt:  bcdedit.exe/set {current} nx AlwaysOn

# Running QCExplorer

## Windows 7 & Vista

Running Quality Center 10.00:

1. For a **standard user** (i.e. non-admin user) running Internet Explorer, the Quality Center server site URL must be added to the Trusted Sites security zone. Protected Mode for that zone must be disabled (this is the default for that zone).

   a. Open Internet Options > Security Tab. Add the Quality Center server site to the Trusted Sites security zone.

   b. Disable (uncheck) Protected Mode for the Trusted Site security zone.



   c. A fully privileged user, i.e. an <u>Administrator user</u>, can run Quality Center 10.00 client with either Internet Explorer, or QCExplorer.

   d. **Note:** If an administrator user fails to run Quality Center after a successful installation, it might mean that UAC (User Account Control) is switched off. (See link [http://en.wikipedia.org/wiki/User_Account_Control](http://en.wikipedia.org/wiki/User_Account_Control) for details). When UAC is disabled, Administrator users access to the Temp folder is blocked. In this case, a blank IE window opens after navigating to the Quality Center URL.

# Troubleshooting

Here are some things to try for some of the known issues users occasionally see.  If you still have issues after following the instructions below or do not see your issue listed please continue further down to the Still Having Issues? Section:

## Issues:

### 1.  Microsoft Capicom error messages:

If you get a **Capicom** error – Here's a link to download and install Capicom 2.1.0.2 http://www.microsoft.com/downloads/details.aspx?FamilyId=CA930018-4A66-4DA6-A6C5-206DF13AF316&displaylang=en – OR – you can search the internet for 'Microsoft Capicom 2.1.0.2 download'.  Once this is complete please reattempt the install instructions that came attached to your initial userid email.

### 2.  Quality Center objects do not display or display incorrectly (icons, tabs, etc.):

If you are experiencing any UI errors (objects are not displaying correctly or not displaying at all) please take the following steps:

1.  Manually Uninstall Client Components
    a.   Select Start > Run >  %TEMP%
    b.   Look for the TD_80 folder.  Remove all contents from the target folder.
    c.   Navigate to  %programfiles%Common Files\Mercury Interactive.  Delete the Quality Center and the TD2000_80 folder.
    d.   Navigate to C:\WINDOWS\Downloaded Program Files and right-click > "remove" all "Loader Class vX" files (Note: X stands for version number).
    e.   Log into Quality Center again to re-download the client components.
    f.   Check to see if the issue persists.

2.  If step one does not work, then applying our Client Uninstall Utility


QC10_client_uninstall_tool.zip
(                    ) for QC 10.0.  Check to see if issue still persists.

3.  Apply the Client Side Setup
a.      Go to Add-ins Page  > Select "HP Quality Center Client Side Setup" (instructions attached)   Use Internet Explorer instead of QC Explorer for the time being.
b.      Confirm whether issue persists.

        Make sure that you:

> ➢ Disable all antivirus software prior to and during the install and until you have logged in the first time.
> ➢ Restart your pc just prior to the install.
> ➢ <u>Please verify that you are using a local administrator account on the pc (if not, please contact your desktop support to do the install)</u>
> ➢ Screen shot from Add/Remove programs showing Microsoft .Net Framework 3.5 installed
> ➢ Screen shot from Add/Remove programs showing Microsoft CAPICOM 2.1.0.2 or later installed.

## 3.  Error Message: client components were not downloaded

If you get the following type of error message close all open browser instances and start QC in a new browser:

> Following client components were not downloaded successfully:
> …
> Close all connections to Server and try again.

# Still having issues?

<u>If you continue to get errors we will need you provide the following information in an email to qualitycentersupport@acs-inc.com so that we can troubleshoot your specific issue:</u>

- Which QC client did you install QC Client or QCExplorer?
- Which install step did you get errors on, if any?
- Are you remote or in an office?  If an office, please indicate the office name and location:
- Please specify which VPN you are using to access QC, if any.
- If you are on a VPN, can you access QC without a VPN?
- Are you able to access from a Citrix desktop?
- What version of Internet Explorer is installed?
- Please verify that you are using a local administrator account on the pc (<u>if not, please contact your desktop support to do the install</u>)
- Please verify that you restarted your pc prior to the install.
- Please send a screen shot of Control Panel → System
- Please send a screen shot from Add/Remove programs showing Microsoft .Net Framework 2.0 SP1 for Win XP or 3.5 for Vista.  This can be downloaded at the Microsoft site.
- Please send a screen shot from Add/Remove programs showing Microsoft CAPICOM 2.1.0.2 or later installed.  This can be downloaded at the Microsoft site.
- Vista & Win 7 users: Did you have any issues with step 4 above regarding the 'bcdedit' setting?
- Vista & Win 7 users: Please verify that you used 'Run as Administrator' to start QC Explorer.
- Win 7: Please verify the install was done without elevation?