IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-4673-K |
| | § | |
| AFFILIATED COMPUTER | § | |
| SERVICES, LLC n/k/a XEROX | § | |
| BUSINESS SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Protective Order, Brief in Support and Objections to Notice (Doc. No. 106). After careful consideration of the motion, response, reply, supporting appendices, and applicable law, the Court hereby **DENIES** the motion.

**SO ORDERED.**

Signed May 21st, 2014.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE