# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CEDARCRESTONE, INC.,** § § § | |
| **Plaintiff,** § § | |
| v. § § § § § § § § § § | **(Pending in the Northern District of Texas, Dallas Division, Civil Action No. 3:12-cv-4673)** |
| **AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC** | |
| **Defendant.** | |

## APPENDIX IN SUPPORT OF PLAINTIFF CEDARCRESTONE, INC.'S RESPONSE TO XEROX'S MOTION FOR LEAVE TO CONDUCT ENAMA DEPOSITION OUTSIDE OF DISCOVERY PERIOD

Plaintiff CedarCrestone, Inc. ("CCI") hereby files this Appendix in Support of its Response to Xerox's Motion for Leave to Conduct Enama Deposition Outside of Discovery Period:

| DOCUMENT | APPX |
|---|---|
| Exhibit A - Defendant's Fed. R. Civ. P. 26(a)(1) Initial Disclosures | 1-10 |
| Exhibit B – May 12, 2014 email string between counsel for CCI and Xerox | 11-12 |
| Exhibit C – Defendant's Objections to Third Party Requests for Production Pursuant to Subpoena | 13-21 |
| Exhibit D – January 29, 2014 email string between counsel for CCI and Xerox | 22 |
| Exhibit E – May 14, 2014 email string between counsel for CCI and Xerox | 23 |

**Appendix to CCI's Reply in Support
of its Motion for Protective Order**

Date:  May 23, 2014            **Respectfully submitted,**

**DYKEMA GOSSETT PLLC**

By: /s/ *Christine A. Nowak*
Brian A. Colao
State Bar No.  00793528
Thomas M. Hanson
State Bar No. 24068703
Christine A. Nowak
State Bar No. 24050200
1717 Main Street, Suite 4000
Dallas, Texas 75201
214.462.6420

**ATTORNEYS FOR CEDARCRESTONE, INC.**

## CERTIFICATE OF SERVICE

This is to certify that, on the 23rd day of May, 2014, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically as authorized by Federal Rule of Civil Procedure 5(b)(2)-(3).

/s/      *Christine Nowak*