IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CEDARCRESTONE, INC.,** | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| v. | § § | Civil Action No. 3:12-cv-4673 |
| **AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC** | § § § § § § | |
| Defendant/Counter-Plaintiff. | § § | |

## JOINT MOTION FOR LEAVE
## FOR LIMITED EXTENSION OF CERTAIN *DAUBERT* DEADLINES

TO THE HONORABLE COURT:

Plaintiff/Counter-Defendant CedarCrestone, Inc. ("CCI") and Defendant/Counter-Plaintiff Affiliated Computer Services, LLC n/k/a Xerox Business Services, LLC ("Xerox") hereby file this Joint Motion for Leave for Limited Extension of Certain *Daubert* Deadlines and in support thereof respectfully state as follows:

1. The Parties respectfully request that the Court modify its Scheduling Order for a limited extension of the deadline for filing *Daubert* motions – as it relates to CCI's expert Mr. Turner and Xerox's expert Mr. Trivett – from June 16, 2014 to **August 14, 2014.** There is good cause for this requested modification of the Scheduling Order, as explained below.

2. CCI requests this additional time because both experts have scheduling conflicts that will prevent the Parties from completing the depositions of Mr. Turner and Mr. Trivett prior to the current *Daubert* deadline. In an attempt to comply with spirit of the Court's instruction that the Parties seek to resolve matters amicably, Xerox does not oppose the relief requested in this motion and joins it.

3. In order to allow the parties to complete Mr. Turner and Mr. Trivett's expert depositions prior to the need for filing any *Daubert* motions, the parties request that the Court extend the *Daubert* deadline (only as it relates to these two experts) until August 14, 2014 (so that *Daubert* Motions will not be due until after the completion of Mr. Turner and Mr. Trivett's depositions). The *Daubert* deadline for all other experts will remain June 16, 2014.

4. The Parties submit there is good cause for this requested modification to the Scheduling Order. The Parties have been diligent in scheduling but need a small amount of additional time. The modification requested herein will not affect the current trial date.

WHEREFORE, The Parties jointly move this Court to extend the deadline to file *Daubert* Motions as it relates to Mr. Turner and Mr. Trivett, and that the Court award all other just relief.

Dated June 12, 2014                    Respectfully submitted,

                                     /s/ *Christine A. Nowak*
                                     Brian A. Colao
                                     State Bar No. 00793528
                                     Thomas M. Hanson
                                     State Bar No. 24068703
                                     Christine A. Nowak
                                     Dykema Gossett PLLC
                                     Comerica Bank Tower
                                     1717 Main Street, Suite 4000
                                     Dallas, Texas 75201
                                     214.462.6400  Telephone
                                     214.462.6401  Facsimile
                                     cnowak@dykema.com
                                     **ATTORNEYS FOR CEDARCRESTONE, INC.**


                                     */s/ Jennifer Klein Ayers*
Steven G. Schortgen, *Lead Counsel*
  Texas State Bar No. 00794603
  steve.schortgen@klgates.com
Craig W. Budner
  Texas State Bar No.03313730
  craig.budner@klgates.com
Ann Marie Arcadi
   Texas State Bar No. 00786994
   annmarie.arcadi@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
  jennifer.ayers@klgates.com
Jack J. Stone
   Texas State Bar No. 24083592
   jack.stone@klgates.com

K&L Gates LLP
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 Facsimile


**ATTORNEYS FOR AFFILIATED COMPUTER SERVICES, LLC, n/k/a XEROX BUSINESS SERVICES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 12, 2014. Any other counsel of record will be served by First Class U.S. Mail on this same date.

/s/ *Christine A. Nowak*
Christine A. Nowak

## CERTIFICATE OF CONFERENCE

I certify that on June 10, 2014, counsel for CCI, conferred with counsel for Xerox, and the Parties jointly move for the relief requested herein.

/s/ *Christine A. Nowak*
Christine A. Nowak

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CEDARCRESTONE, INC.,** | § § | |
| Plaintiff/Counter-Defendant, | § § § | |
| v. | § § | Civil Action No. 3:12-cv-4673 |
| **AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC** | § § § § § | |
| Defendant/Counter-Plaintiff. | § § | |

**ORDER GRANTING JOINT MOTION FOR LEAVE
FOR LIMITED EXTENSION OF DAUBERT DEADLINES**

Before the Court is the Parties Joint Motion for Leave for Limited Extension of Daubert Deadlines ("Motion"). The Court finds the Motion to be well-taken and is of the opinion it should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the current deadline for filing any Daubert Motions of June 16, 2014 as it relates to Plaintiff's expert Mr. Turner and Xerox's expert Mr. Trivett be and hereby is extended to August 14, 2014;

**IT IS FURTHER ORDERED** that no other deadlines controlling this case shall be disturbed.

SIGNED AND ENTERED this _____ day of _____, 2014.

_____
United States District Judge