**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **CEDARCRESTONE, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:12-cv-4673 |
| § | |
| **AFFILIATED COMPUTER** § | |
| **SERVICES, LLC n/k/a XEROX** § | |
| **BUSINESS SERVICES, LLC** § | |
| § | |
| Defendant. § | |

**PLAINTIFF CEDARCRESTONE, INC.'S CERTIFICATE OF CONFERENCE ON ITS
MOTIONS TO STRIKE OR EXCLUDE XEROX'S EXPERT WITNESSES**

Pursuant to the Court's Order dated September 3, 2013 [Dkt. No. 45], as modified by the Notice of Extension of Daubert Motion Deadline [Dkt. No. 105], the deadline for the Parties to file motions challenging or seeking to disqualify expert witnesses (e.g. *Daubert* motions) was June 16, 2014[1]. Plaintiff/Counter-Defendant CedarCrestone, Inc. ("CCI") filed on June 16, 2014 its Motion to Strike or Exclude the Opinion Testimony of Xerox Expert K. Scott Van Meter [Dkt. No. 166], as well as its Motion to Strike or Exclude the Opinion Testimony of Xerox Non-Retained Experts McGloughlin, Matsko and Noack [Dkt. No. 168]. Counsel for CCI, Christine Nowak, conferred with counsel for Xerox, Steve Schortgen, regarding these Motions and Xerox is opposed to CCI's request to strike or exclude its expert witnesses.

---

[1] A limited extension of this deadline has been granted to the Parties for experts Turner and Trivett [Dkt. No. 159]

**CERTIFICATE OF CONFERENCE** Page **1** of **2**

| | |
|---|---|
| Date:  June 17, 2014 | Respectfully submitted, |

**DYKEMA GOSSETT PLLC**

By: /s/ *Christine A. Nowak*
Brian A. Colao
State Bar No.  00793528
Thomas M. Hanson
State Bar No. 24068703
Christine A. Nowak
State Bar No. 24050200
cnowak@dykema.com
1717 Main Street, Suite 4000
Dallas, Texas 75201
214.462.6420

**ATTORNEYS FOR CEDARCRESTONE, INC.**

## CERTIFICATE OF SERVICE

This is to certify that, on the 17th day of June, 2014, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically as authorized by Federal Rule of Civil Procedure 5(b)(2)-(3).

/s/      Christine A. Nowak_____