IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-4673-K |
| | § | |
| AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC, | § § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are the following motions: (1) Plaintiff's Motion to Compel and Request Sanctions Regarding Defendant's Discovery Violations with Respect to Deposition (Doc. No. 55); and (2) Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. No. 58). The Court conducted a conference with the parties on all outstanding motions on June 3, 2014. After careful consideration of the briefs, responses and replies, appendices, applicable law, and the parties' arguments at the conference, the Court rules as follows:

The Court **GRANTS** Plaintiff's motion for leave to file a second amended complaint. Plaintiff must file its Second Amended Complaint, as proposed in Exhibit A of the appendix to its motion, **within three (3) days from the date this order is signed**.

The Court **GRANTS** Plaintiff's motion to compel as it relates to the following:

(1) Xerox must designate and produce corporate representative deponents for each topic of Plaintiff's 30(b)(6) Notice; (2) Xerox must reproduce Mr. Mark McGloughlin or designate a substitute representative to testify regarding topics 1, 6, and 7, of Plaintiff's 30(b)(6) Notice; (3) Xerox must produce all documents reviewed by and/or relied upon by Mr. McGloughlin, and any other Xerox witness, in connection with their deposition testimony that has not already been produced; and (4) Xerox must reproduce Mr. Mark Squiers. But, the Court **DENIES** Plaintiff's request for costs, fees, and/or sanctions.

**SO ORDERED.**

Signed June 24th, 2014.

_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE