# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CEDARCRESTONE, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:12-cv-4673 |
| | § | |
| **AFFILIATED COMPUTER** | § | |
| **SERVICES, LLC n/k/a XEROX** | § | |
| **BUSINESS SERVICES, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT REPORT ON MEDIATION

Plaintiff/Counter-Defendant, CedarCrestone, Inc. ("CCI" or "Plaintiff") and Defendant/Counter-Plaintiff Affiliated Computer Services, LLC n/k/a Xerox Business Services, LLC ("Xerox" or "Defendant") hereby submit this JOINT REPORT ON MEDIATION, as set forth below:

Plaintiff and Defendant completed a full-day mediation (in excess of 8 hours) with Justice Hankinson of Hankinson, LLP. The Parties were not able to settle the suit at this time; however, both Parties have agreed to a further mediation session with Justice Hankinson and other business representatives. Such mediation session shall take place prior to the time of trial.

Date:  June 27, 2014                                     Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: /s/ *Christine A. Nowak*
Brian A. Colao
State Bar No.  00793528
Thomas M. Hanson
State Bar No. 24068703
Christine A. Nowak
cnowak@dykema.com
State Bar No. 24050200
1717 Main Street, Suite 4000
Dallas, Texas 75201
214.462.6420

**ATTORNEYS FOR CEDARCRESTONE, INC.**

  /s/ *Jennifer Klein Ayers*
 Steven G. Schortgen, *Lead Counsel*
   Texas State Bar No. 00794603
   steve.schortgen@klgates.com
 Craig W. Budner
   Texas State Bar No.03313730
   craig.budner@klgates.com
 Ann Marie Arcadi
    Texas State Bar No. 00786994
    annmarie.arcadi@klgates.com
 Jennifer Klein Ayers
    Texas State Bar No. 24069322
    jennifer.ayers@klgates.com
 Jack J. Stone
    Texas State Bar No. 24083592
    jack.stone@klgates.com

 K&L Gates LLP
 1717 Main St.
 Suite 2800
 Dallas, TX  75201
 214.939.5500
 214.939.5849 Facsimile


 **ATTORNEYS FOR AFFILIATED
 COMPUTER SERVICES, LLC, n/k/a XEROX
 BUSINESS SERVICES, LLC**

## CERTIFICATE OF SERVICE

   This is to certify that, on the 27th day of June, 2014, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically as authorized by Federal Rule of Civil Procedure 5(b)(2)-(3).

              */s/  Christine A. Nowak*_____