

K&L GATES LLP
1717 MAIN STREET, SUITE 2800
DALLAS, TX 75201
T 214.939.5500  F 214.939.5849

July 8, 2014

Abigail Brown
D 214.939.4979
F 214.939.5849
abigail.brown@klgates.com



RECEIVED
JUL - 8 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Judge Ed Kinkeade
U.S. District Court
Northern District of Texas
1100 Commerce St., Rm. 1625
Dallas, Texas 75242-1003

Re:  *CedarCrestone, Inc. vs. Xerox business Services*; In the United States District Court for the Northern District of Texas; Civil Action No. 3:12-cv-4673

To the Honorable Judge Kinkeade:

Enclosed please find a courtesy copy of Docket 181 - Sealed Response and Objection re: Dkt 166 Motion to Strike or Exclude the Opinion Testimony of K. Scott Van Meter. This courtesy copy includes a CD containing the native excel spreadsheets of Exhibits 19 and 20 of the appendix, APPX0356 and APPX0357. An identical copy including the CD has also been delivered to the clerk's office. Counsel for plaintiff CedarCrestone, Inc. ("CCI") received an electronic copy of these two native files last night immediately after XBS filed its Response and Appendix. Additionally, enclosed please find a courtesy copy of Docket 182 - Sealed Appendix in Support of Docket 181.

If you have any questions, please contact Jennifer Ayers at 214-939-5497.

Sincerely,

Abigail Brown
Paralegal

cc:  District Clerk's Office, Rm 1452

DA-3334310 v1

klgates.com



CedarCrestone Inc v. Affiliated Computer Services,
Case No.: 3:12-cv-04673-K
Docket 182 - Exhibits 19 and 20