IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-4673-K |
| | § | |
| AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Compel Interrogatory Responses (Doc. No. 63). The Court conducted a conference with the parties on all outstanding motions on June 3, 2014. After careful consideration of the motion, response and reply, appendices, applicable law, and the parties' arguments at the conference, the Court **GRANTS** Plaintiff's motion to compel. Defendant must supplement and/or amend its answers to each of Plaintiff's eleven Interrogatories within twenty (20) days from the date this order is signed.

**SO ORDERED.**

Signed July 16, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE