IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | 3:12-CV-4673-K |
| AFFILIATED COMPUTER SERVICES, | § | |
| LLC n/k/a XEROX BUSINESS | § | |
| SERVICES, LLC, | § | |
| | | |
| Defendant. | | |

### ORDER

This case, currently set for trial on the Court's three week docket beginning September 8, 2014, is hereby **RESET** to the Court's three week docket beginning **March 2, 2015**. The deadline in paragraph 9 of the Court's January 25, 2013, Scheduling Order, is extended to **January 30, 2015**. All materials described in paragraph 11 of the Court's January 25, 2013, Scheduling Order shall be filed by **February 17, 2015**.

**SO ORDERED.**

Signed July 17th, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE