IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-4673-K |
| | § | |
| AFFILIATED COMPUTER | § | |
| SERVICES, LLC n/k/a XEROX | § | |
| BUSINESS SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are: (1) Plaintiff's Motion for Partial Summary Judgment (Doc. No. 112); and (2) Defendant's Motion to Strike Evidence Cited in Support of Plaintiff's Motion for Partial Summary Judgment (Doc. No. 152). After careful review of the motion, the responsive briefing and appendices, and the applicable law, the Court **DENIES** both motions. As for Plaintiff's motion for partial summary judgment, the Court concludes there are genuine issues of material fact that exist, which preclude the Court from granting the requested relief. *See* FED.R.CIV.P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986).

**SO ORDERED.**

Signed August 28, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE