

Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas  75201

WWW.DYKEMA.COM

Tel:  (214)-462-6400
Fax: (214) 462-6401


**Thomas M. Hanson**
Direct Dial: (214) 462-6420
Email: THANSON@DYKEMA.COM

February 12, 2015

Honorable Ed Kinkeade
U.S. District Court
Northern District of Texas
1100 Commerce St., Rm. 1625
Dallas, Texas 75242-1003

Re:  *CedarCrestone, Inc. ("CCI") vs. Affiliated Computer Services, Inc. ("ACS")*; In the United States District Court for the Northern District of Texas; Civil Action No. 3:12-cv-4673

To the Honorable Judge Kinkeade:

We write in reference to the Court's February 11, 2015 Electronic Order Expediting Response and Reply Deadlines (Dkt. 199), which sets Monday, February 16, 2015 as CedarCrestone's deadline to respond to Xerox's Motion to Strike Plaintiff's Amended Initial Disclosures and Certain Portions of Plaintiff's Pre-Trial Disclosures (Dkt. 197).  This will confirm my conversation today with Ms. Jeffress, in which she advised that notwithstanding that February 16, 2015 is a Court Holiday, the Court will deem CedarCrestone's response as timely filed so long as it is filed and served via ECF on or before that day.

Please do not hesitate to contact me if you have any questions regarding this matter.

Very truly yours,

**DYKEMA GOSSETT PLLC**

/s/ Thomas M. Hanson


TMH:gh

cc:   Brian A. Colao
      Steve Schortgen (via email to steven.schortgen@klgates.com)
      Ann Marie Arcadi (via email to annmarie.arcadi@klgates.com)

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.