**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CEDARCRESTONE, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-cv-4673 |
| **AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC** | § § § § § § | |
| Defendant. | § § | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBIT LIST**

Pursuant to the Federal Rules of Civil Procedure and the Scheduling Order entered by the Court on January 25, 2015 [Dkt. No. 11], as modified by the Court's Orders dated September 3, 2013 [Dkt. No. 45] and July 17, 2014 [Dkt. No. 188], Plaintiff CedarCrestone, Inc. ("Plaintiff" or "CCI") hereby submits its Objections to Defendant Affiliated Computer Services, LLC n/k/a Xerox Business Services, LLC ("Xerox") proposed Trial Exhibit List, and in support thereof CCI respectfully states:

## SPECIFIC OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

| Ex. No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| 19 | 09/20/11 | Email from N. Sabatiel to K. Matsko | XBS00023037 | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |
| 22 | 10/12/11 | Email from N. Sabatiel to A. Levin | XBS00551678-680 | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |
| 39 | 03/04/14 | Ongoing Summit Forecast v036.xls | XBS00183964 | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |
| 40 | | Van Meter Demonstrative Exhibits | | Demonstratives not provided.<br><br>CCI reserves its right to assert objections at a later date in compliance with the Parties' agreement regarding demonstratives. |
| 41 | 10/15/10-07/31/11 | Composite Exhibit of CedarCrestone Invoices | XBS00160157; XBS00172454; XBS00172428; XBS00159104; XBS00159205; XBS00160193; XBS00159293; XBS00159314; XBS00160232; XBS00159530; CCI0002823; CCI0002822; CCI0002761 | Inaccurate description; incomplete.<br><br>Prejudicial (FRE 403)<br><br>CCI objects to Xerox's characterization/ description of this exhibit. This exhibit is not a full composite and/or summary of CCI's invoices and presentation as same would be misleading to the jury. |

| # | Date | Description | Bates | Objection |
|---|------|-------------|-------|-----------|
| 42 | | Summary Exhibit: Summarization of the CedarCrestone Invoices | XBS00160157; XBS00172454; XBS00172428; XBS00159104; XBS00159205; XBS00160193; XBS00159293; XBS00159314; XBS00160232; XBS00159530; CCI0002823; CCI0002822; CCI0002761 | Inaccurate description; incomplete.<br><br>Prejudicial (FRE 403)<br><br>CCI objects to Xerox's characterization/ description of this exhibit. This exhibit is not a full composite and/or summary of CCI's invoices and presentation as same would be misleading to the jury. |
| 43 | 01/03/11- 10/11/11 | Proof of Payment of CedarCrestone Invoices | XBS01710488- 1710497 | Lacks foundation/ authentication (FRE 602/901) |
| 44 | 06/15/11- 08/15/11 | Proof of Payment of CedarCrestone Invoices | XBS01710507- 1710512 | Lacks foundation/ authentication (FRE 602/901) |
| 47 | 04/26/12- 01/02/13 | Proof of Payment of Cigna Invoices | XBS00540438 | Lacks foundation/ authentication (FRE 602/901) |
| 48 | 05/10/12 | Proof of Payment of Cigna Invoices | XBS01710498 | Lacks foundation/ authentication (FRE 602/901) |
| 49 | 11/26/12 | Proof of Payment of Cigna Invoices | XBS01710499 | Lacks foundation/ authentication (FRE 602/901) |
| 50 | 07/11/12 | Proof of Payment of Cigna Invoices | XBS01710500 | Lacks foundation/ authentication (FRE 602/901) |
| 51 | 12/02/11- 09/26/12 | Composite exhibit of Summit Invoices | XBS00096321; XBS00541014; XBS00106716; XBS00472656; XBS00194646; XBS00472655; XBS00472652; XBS00096470; XBS00081603; XBS00472663; XBS00410345; XBS00410347; | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |

| | | | | |
|---|---|---|---|---|
| 51 (cont) | | | XBS00472661; XBS00472662; XBS00472669; XBS00472664; XBS00472665; XBS00472667; XBS00472668; XBS00096114; XBS00096128; XBS00096120 XBS00096118; XBS00096126; XBS00096134; XBS00096124; XBS00096107; XBS00278824; XBS00184032; XBS00184028; XBS00194681; XBS00184024; XBS00184020; XBS00184016; XBS00194685; XBS00184000; XBS00194643; XBS00473048 | |
| 52 | | Summary Exhibit: Summarization of the Summit Invoices | XBS00096321; XBS00541014; XBS00106716; XBS00472656; XBS00194646; XBS00472655; XBS00472652; XBS00096470; XBS00081603; XBS00472663; XBS00410345; XBS00410347; XBS00472661; XBS00472662; XBS00472669; XBS00472664; XBS00472665; XBS00472667; XBS00472668; XBS00096114; | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |

| | | | | |
|---|---|---|---|---|
| 52 (cont) | | Summary Exhibit: Summarization of the Summit Invoices | XBS00096128; XBS00096120; XBS00096118; XBS00096126; XBS00096134; XBS00096124; XBS00096107; XBS00278824; XBS00184032; XBS00184028; XBS00194681; XBS00184024; XBS00184020; XBS00184016; XBS00194685; XBS00184000 XBS00194643; XBS00473048 | |
| 53 | 12/02/11-08/17/12 | Proof of Payment of Summit Invoices | XBS00540437 | Lacks foundation/ authentication (FRE 602/901) |
| 54 | 06/15/11-08/15/11 | Proof of Payment of Summit Invoices | XBS01710507 | Lacks foundation/ authentication (FRE 602/901) |
| 55 | 01/02/12-08/01/12 | Composite Exhibit of Stonehenge Invoices | XBS00184030; XBS00184026; XBS00184022; XBS00184018; XBS00184014; XBS00184010; XBS00184006; XBS00184002 | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |
| 56 | | Summary Exhibit: Summarization of the Stonehenge Invoices | XBS00184030; XBS00184026; XBS00184022; XBS00184018; XBS00184014; XBS00184010; XBS00184006; XBS00184002 | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |
| 57 | 01/19/12-09/25/12 | Proof of Payment of Stonehenge Invoices | XBS00540438c | Lacks foundation/ authentication (FRE 602/901) |

Plaintiff's Objections to Defendant's Trial Exhibit List – Page 5

| | | | | |
|---|---|---|---|---|
| 58 | 02/11/12-08/04/12 | Composite exhibit of Newbury Invoices | XBS00540969; XBS00184045; XBS00540971; XBS00184037; XBS00540973; XBS00183969; XBS00540974; XBS00184025; XBS00540976; XBS00183967; XBS00184017; XBS00184013; XBS00540979; XBS00184005; XBS00540981; XBS00183998; XBS00183995; XBS00183992; XBS00540985; XBS00183986; XBS00540994; XBS00183983; XBS00183980; XBS00540989; XBS00183974; XBS00540991 | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |
| 59 | | Summary Exhibit: Summarization of the Newbury Invoices | XBS00540969; XBS00184045; XBS00540971; XBS00184037; XBS00540973; XBS00183969; XBS00540974; XBS00184025; XBS00540976; XBS00183967; XBS00184017; XBS00184013; XBS00540979; XBS00184005; XBS00540981; XBS00183998; XBS00183995; XBS00183992; XBS00540985; XBS00183986; | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |

| | | | | |
|---|---|---|---|---|
| 59 (cont) | | | XBS00540994; XBS00183983; XBS00183980; XBS00540989; XBS00183974; XBS00540991 | |
| 60 | 05/17/12- 07/02/12 | Proof of Payment of Newbury Invoices | XBS00540438b | Lacks foundation/ authentication (FRE 602/901) |
| 61 | 06/20/12- 10/01/12 | Proof of Payment of Newbury Invoices | XBS001710501 -1710506 | Lacks foundation/ authentication (FRE 602/901) |
| 62 | | HP QC Export – 8.9.2011 to 12.6.2012.xlsx | XBS00151203 | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) Voluminous, overbroad; CCI cannot ascertain what portions Xerox intends to offer at trial. |
| 63 | 01/26/11 | RICEF (Technical Inventory) v.2 | XBS0000039 | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) Best evidence (to the extent offered to prove scope) (FRE 1001/1002) |
| 64 | 11/21/11 | Composite Exhibit: Email from Venu Guggilla to Akshay Samal with attachment | CCI0988170-71 | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) Best evidence (FRE 1001/1002) |
| 65 | | HPQC Defect Report – Defect 1988 | | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |

| 76 | | HPQC Defect Report – Defect 1781 | | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |
| 79 | | HPQC Defect Report – Defect 1985 | | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |
| 80 | 11/13/11 | Email from Ramesh Kenath to Eve Richardson et al. | CCI1001154-1158 | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |
| 82 | 11/22/11 | Email from Ramesh Kenath to Becky Hutcherson and Eve Richardson | CCI1000898-902 | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |
| 83 | | HPQC Defect Report – Defect 758 | | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |
| 84 | 10/10/11 | Email from Yulin Kriz to Becky Hutcherson | CCI0320179 | Hearsay (FRE 801/802) |
| 87 | | HPQC Defect Report – Defect 1312 | | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |
| 89 | | HPQC Defect Report – Defect 743 | | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |
| 90 | | HPQC Defect Report – Defect 1429 | | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) |

| 91 | | HPQC Defect Report – Defect 2102 | | Lacks foundation/ authentication (FRE 602/901)<br><br>Hearsay (FRE 801/802) |
|---|---|---|---|---|
| 122 | 04/15/14 | Appendix 2 to Trivett Report – Open/Close Rates of PeopleSoft HPQC Defects by Severity | Trivett Report | Lacks foundation/ authentication (FRE 602/901)<br><br>Speculation<br><br>Irrelevant (FRE 401/402) |
| 123 | | HPQC Report: System Test | HPQC | Lacks foundation/ authentication (FRE 602/901)<br><br>Voluminous; overbroad<br><br>Hearsay (FRE 801/802) |
| 124 | | HPQC Report: Integration Test | HPQC | Lacks foundation/ authentication (FRE 602/901)<br><br>Voluminous ;overbroad<br><br>Hearsay (FRE 801/802) |
| 125 | | HPQC Report: Execution Test | HPQC | Lacks foundation/ authentication (FRE 602/901)<br><br>Voluminous; overbroad<br><br>Hearsay (FRE 801/802) |
| 126 | | Trivett Demonstrative Exhibits | HPQC | Demonstratives not provided.<br><br>CCI reserves its right to assert objections at a later date in compliance with the Parties' agreement regarding demonstratives. |
| 127 | 09/28/10 | CIGNA HCM 9.1 Upgrade Project Kickoff Presentation for ACS V2 | CCI0713852-874 | Lacks foundation/ authentication (FRE 602/901) |

| 128 | 10/24/10 | PeopleSoft HCM 9.1 Upgrade CCI Consolidated Project Background | CCI0115586-619 | Lacks foundation/ authentication (FRE 602/901) Best Evidence (FRE 1001/1002) |
|---|---|---|---|---|
| 130 | 12/13/10 | Cigna Transition project – Comprehensive Test Strategy: version 8 | CCI0150897-961 | Irrelevant (FRE 401/402) |
| 142 | | CIGNA HR BPO Unit Testing Completion Acceptance Criteria | CCI0250182-185 | Lacks foundation/ authentication (FRE 602/901) Hearsay (FRE 801/802) Best Evidence (FRE 1001/1002) Irrelevant (FRE 401/402) Prejudicial (FRE 403) |
| 162 | 11/02/11 | Composite email. Email from Nancy Sabatiel to Paul Simmons | XBS00019969 | Hearsay (FRE 801/802) |
| 287 | 10/14/11 | Email from Kathy Matsko to Lisa Ippolito and Mark McGloughlin | XBS00011418-428 | Hearsay (FRE 801/802) |
| 321 | 11/05/10 | Email from Mike Noack to Ryan Roberts | XBS00085041-043 | Hearsay (FRE 801/802) |
| 376 | | A Guide to the Software Engineering Body of Knowledge V3.0, Institute of Electrical and Electronics Engineers Computer Society (IEEE-CS), 2014 | Trivett Rpt. | Irrelevant (FRE 401/402) |
| 377 | 06/23/09 | AACE International Recommended Practice No. 29R-03, Forensic Schedule Analysis, TCM Framework: 6.4 – Forensic Performance Assessment, June 23, 2009 Revision, § 1.1 Introduction | Trivett Rpt. | Irrelevant (FRE 401/402) |

| | | | | |
|---|---|---|---|---|
| 378 | | Software Engineering Code of Ethics, Institute of Electrical and Electronics Engineers Computer Society (IEEE-CS), 1999, § 2.06 | Trivett Rpt. | Irrelevant (FRE 401/402) |
| 381 | | Jones, Capers, Applied Software Measurement: Assuring Productivity and Quality, 1996, McGraw-Hill, Inc., ISBN: 0-07-032813-7 | Trivett Rpt. | Irrelevant (FRE 401/402) |
| 382 | | Lewis, William E. Software Testing and Continuous Quality Improvement, Third Edition, Boca Raton: Auerbach Publications 2009 | Trivett Rpt. | Irrelevant (FRE 401/402) |
| 383 | | ISTQB Standard glossary of terms used in Software Testing, Version 2.2 | Trivett Rpt. | Irrelevant (FRE 401/402) |
| 384 | | Brooks, Jr. Frederick P. The Mythical Man-Month: Essays on Software Engineering. Crawfordsville: Addison-Wesley, 1995. | Trivett Rpt. | Irrelevant (FRE 401/402) |
| 385 | | "Happy Path" Testing, Software Engineering Institute, Carnegie Mellon University, 2009 | Trivett Rpt. | Irrelevant (FRE 401/402) |

## **CONCLUSION**

For all the reasons stated herein, Plaintiff CedarCrestone, Inc. respectfully requests that the Court exclude from evidence at trial Defendant's proposed Trial Exhibit Nos. 19, 22, 39-44, 47-65, 76, 79, 80, 82-84, 87, 89-91, 122-128, 130, 142, 162, 287, 321, 376-378, 381-385, as well as grant Plaintiff any and all other relief to which it is entitled.

Date:  February 13, 2015                    Respectfully submitted,

                                                        **DYKEMA GOSSETT PLLC**

By: */s/ Christine A. Nowak*
Brian A. Colao
State Bar No.  00793528
Thomas M. Hanson
State Bar No. 24068703
Christine A. Nowak
State Bar No. 24050200
1717 Main Street, Ste. 4200
Dallas, Texas 75201
(214) 462-6400 (Telephone)
(214) 462-6401 (Facsimile)
bcolao@dykema.com

**ATTORNEYS FOR CEDARCRESTONE**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of these Plaintiff's Objections to Defendant's Trial Exhibit List is being served electronically via-email on counsel of record on this 13th day of February, 2015.

*/s/ Christine A. Nowak*
Christine A. Nowak