IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CEDARCRESTONE, INC.,** § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | |
| v. § | Civil Action No. 3:12-cv-4673 |
| § | |
| **AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC** § § § | |
| § | |
| Defendant/Counter-Plaintiff. § | |

## DEFENDANT XEROX BUSINESS SERVICES, LLC'S OBJECTIONS TO PLAINTIFF'S TRIAL WITNESS LIST

Defendant Xerox Business Services, LLC, f/k/a Affiliated Computer Services, LLC ("Xerox") respectfully objects to the following witnesses identified in Plaintiff CedarCrestone, Inc.'s ("CCI") Trial Witness List ("Witness List"):

1. Brian Fees, in his capacity as an "expert" witness. CCI failed to designate Mr. Fees as an expert pursuant to the Court's expert disclosure deadlines. *See* Dkt. 197, 198.

2. Praveen Yada. CCI failed to disclose Mr. Yada in its Initial Disclosures as an individual likely to have discoverable information supporting CCI's claims.

3. Sreenath Thambi. CCI failed to disclose Mr. Thambi in its Initial Disclosures as an individual likely to have discoverable information supporting CCI's claims.

Date: February 13, 2015                                   Respectfully submitted,

                                                  *Ann Marie Arcadi*
                                                  Steven G. Schortgen, Lead Counsel
                                                      Texas State Bar No. 00794603
                                                      steve.schortgen@klgates.com
                                                  Ann Marie Arcadi
                                                      Texas State Bar No. 00786994
                                                      annmarie.arcadi@klgates.com
                                                  Jennifer Klein Ayers
                                                      Texas State Bar No. 24069322
                                                      jennifer.ayers@klgates.com
                                                  Jack J. Stone
                                                      Texas State Bar No. 24083592
                                                      jack.stone@klgates.com

                                                  K&L Gates LLP
                                                  1717 Main St.
                                                  Suite 2800
                                                  Dallas, TX  75201
                                                  214.939.5500
                                                  214.939.5849 Facsimile


                                                  **ATTORNEYS FOR AFFILIATED COMPUTER SERVICES, LLC,   n/k/a XEROX BUSINESS SERVICES, LLC**


## CERTIFICATE OF SERVICE

     Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Texas, I hereby certify that on the 13th day of February, a copy of the foregoing was sent to counsel of record for all parties pursuant to the Court's ECF system.


                                                  */s/ Ann Marie Arcadi*
                                                  *Ann Marie Arcadi*