IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CEDARCRESTONE, INC.,** § <br> § <br> Plaintiff/Counter-Defendant, § <br> § <br> v. § <br> § <br> **AFFILIATED COMPUTER** § <br> **SERVICES, LLC n/k/a XEROX** § <br> **BUSINESS SERVICES, LLC** § <br> § <br> Defendant/Counter-Plaintiff. § | Civil Action No. 3:12-cv-4673 |

### DEFENDANT XEROX BUSINESS SERVICES, LLC'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBIT LIST

Pursuant to the Federal Rules of Civil Procedure and the Scheduling Order entered by the Court on January 25, 2015 [Dkt. No. 11], as modified by the Court's Orders dated September 3, 2013 [Dkt. No. 45] and July 17, 2014 [Dkt. No. 188], Defendant Xerox Business Services, LLC, f/k/a Affiliated Computer Services, LLC ("Xerox") hereby submits its Objections to Plaintiff CedarCrestone, Inc.'s ("CCI') Trial Exhibit List, attached hereto as **Exhibit A**.

Each objection in Exhibit A references the appropriate Rule of Evidence, Rule of Procedure and/or the requirements of the Court's Scheduling Order. In addition to the specific objections listed in Exhibit A, Xerox also asserts the following general objections:

1. CCI served its Trial Exhibit List on January 30, 2015, which included 1,366 exhibits (compared to the 385 designated by Xerox). On the evening of February 10, 2015, CCI served an amended Trial Exhibit List that eliminated 714 exhibits (including several blank presentations) and re-numbered the remaining exhibits. Although CCI provided Xerox with a list identifying both the original exhibit number and the amended exhibit number, as the result of CCI's re-numbering and removal of exhibits, Xerox was required to transpose its original

objections into CCI's Amended Trial Exhibit List. In the event Xerox inadvertently transposed its objections incorrectly, Xerox reserves the right to assert all necessary objections at the time CCI seeks to admit an exhibit.

2. Although CCI eliminated multiple duplicates when it served its Amended Trial Exhibit List, several duplicates remain. Xerox objects to the submission of duplicate exhibits pursuant to Federal Rule of Evidence 403.

3. When CCI served its Original Trial Exhibit List, it identified the Expert Reports served by both of CCI's experts as individual exhibits. When CCI served its Amended Trial Exhibit List on February 10, 2015, it added over 110 unrelated documents to the expert report exhibits, listing them as sub-exhibits A) through (in some instances) IIII). *See* Exhibits 645-647. Xerox objects strenuously to CCI's attempt to add these "sub-exhibits" 11 days after the deadline to disclose trial exhibits. In addition to the specific objections cited in Exhibits 645-647, Xerox reserves the right to assert all necessary objections to any item not previously disclosed in CCI's Original Trial Exhibit List at the time CCI seeks to admit the exhibit.

Date: February 13, 2015	Respectfully submitted,

        *Ann Marie Arcadi*
        Steven G. Schortgen, Lead Counsel
          Texas State Bar No. 00794603
          steve.schortgen@klgates.com
        Ann Marie Arcadi
          Texas State Bar No. 00786994
          annmarie.arcadi@klgates.com
        Jennifer Klein Ayers
          Texas State Bar No. 24069322
          jennifer.ayers@klgates.com
        Jack J. Stone
          Texas State Bar No. 24083592
          jack.stone@klgates.com

        K&L Gates LLP
        1717 Main St.
        Suite 2800
        Dallas, TX  75201
        214.939.5500
        214.939.5849 Facsimile

        **ATTORNEYS FOR AFFILIATED COMPUTER SERVICES, LLC,   n/k/a XEROX BUSINESS SERVICES, LLC**

## CERTIFICATE OF SERVICE

     Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Texas, I hereby certify that on the 13th day of February, a copy of the foregoing was sent to counsel of record for all parties pursuant to the Court's ECF system.

        */s/ Ann Marie Arcadi*
        *Ann Marie Arcadi*

**DEFENDANT XEROX BUSINESS SERVICES, LLC'S**
**OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBIT LISTS – PAGE 3**