IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CEDARCRESTONE, INC.,** | § § § | |
| Plaintiff/Counter-Defendant, | § § § | |
| v. | § § | **Civil Action No. 3:12-cv-4673** |
| **AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC** | § § § § § § | |
| Defendant/Counter-Plaintiff. | § § | |

**DEFENDANT XEROX BUSINESS SERVICES, LLC'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS AND CROSS DESIGNATIONS**

Pursuant to the Federal Rules of Civil Procedure and the Scheduling Order entered by the Court on January 25, 2015 [Dkt. No. 11], as modified by the Court's Orders dated September 3, 2013 [Dkt. No. 45] and July 17, 2014 [Dkt. No. 188], Defendant Xerox Business Services, LLC, f/k/a Affiliated Computer Services, LLC ("Xerox") hereby submits its Objections to Plaintiff Cedarcrestone, Inc.'s ("CCI') proposed Deposition Designations and Cross Designations, attached hereto as "**Exhibit A**."  Xerox reserves its right to play at trial any portions of videotaped depositions that CCI has previously designated to the extent CCI ultimately chooses not to play those portions at trial.

Date: February 13, 2015                    Respectfully submitted,

                                              *Ann Marie Arcadi*
                                              Steven G. Schortgen, Lead Counsel
                                                Texas State Bar No. 00794603
                                                steve.schortgen@klgates.com
                                              Ann Marie Arcadi
                                                Texas State Bar No. 00786994
                                                annmarie.arcadi@klgates.com
                                              Jennifer Klein Ayers
                                                Texas State Bar No. 24069322
                                                jennifer.ayers@klgates.com
                                              Jack J. Stone
                                                Texas State Bar No. 24083592
                                                jack.stone@klgates.com

                                              K&L Gates LLP
                                              1717 Main St.
                                              Suite 2800
                                              Dallas, TX  75201
                                              214.939.5500
                                              214.939.5849 Facsimile

                                              **ATTORNEYS FOR AFFILIATED COMPUTER SERVICES, LLC,   n/k/a XEROX BUSINESS SERVICES, LLC**

## CERTIFICATE OF SERVICE

     Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Texas, I hereby certify that on the 13th day of February, a copy of the foregoing was sent to counsel of record for all parties pursuant to the Court's ECF system.

                                              */s/ Ann Marie Arcadi*
                                              *Ann Marie Arcadi*