IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | 3:12-CV-4673-K |
| AFFILIATED COMPUTER SERVICES, | § | |
| LLC n/k/a XEROX BUSINESS | § | |
| SERVICES, LLC, | § | |

Defendant.

## ORDER

The Parties are **DIRECTED** to appear before United States Magistrate Judge Paul Stickney, for a settlement conference to be held on **Friday March 6, 2015** at a time to be determined by Judge Stickney.

Any questions regarding the settlement conference should be directed to Judge Stickney's chambers at 214-753-2410.

**SO ORDERED.**

Signed March 4th, 2015.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE