UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CEDARCRESTONE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED COMPUTER SERVICES,<br>LLC n/k/a XEROX BUSINESS<br>SERVICES, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ No. 3:12-CV-4673-K |

## SETTLEMENT REPORT

The District Court referred this case to the United States Magistrate Judge for a settlement conference to be conducted on March 6, 2015. Although the parties and their counsel conducted settlement negotiations in good faith, the parties were not able to settle.

**SIGNED**, this 6th day of March, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE