IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-4673-K |
| | § | |
| AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion to Strike Plaintiff's Amended Initial Disclosures and Certain Portions of Plaintiff's Pre-trial Disclosures (Doc. No. 197). The Court **DENIES** the motion.

**SO ORDERED.**

Signed March 9th, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE