IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDARCRESTONE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 3:12-cv-4673 |
| AFFILIATED COMPUTER SERVICES, LLC n/k/a XEROX BUSINESS SERVICES, LLC | § § § § § | |
| Defendant. | § § | |

## AMENDED AGREED ADMITTED TRIAL EXHIBITS

As of March 10, 2015, the Parties have agreed and/or the Court has ruled to admit the following exhibits into evidence at the trial of this matter as listed below. The Parties are continuing their discussion and anticipate identifying further exhibits for admission.

**Plaintiff's Exhibits**

1
2
4-7
11-22
23 (with redactions)
24
26
28-35
38-47
49-53
58-59
61
63
65
67
71-72
74-75
77-80
82
84

87-89
92-93
95-96
102-105
108-109
111-113
116
118
119
124
125
132
135
139
140
141 (with CCI statements redacted)
143
146
150
151
153
154
161
162
164
165
168
169
171-173
177
179-181
183
184
186
187 (with Cigna statements redacted)
192
198
203
204
206
208
212-216
221
227-229
231-232
233

235
236
238
241
244
245
246
250
251
252
253
257
259
262
263
264
269-277
279-281
285
296
299
306
309
311
312
313-315
320
321
325
370
374
375
382
383
385
386
387
401
415
439
441
448
454
459-463
466
472-524

571
581
582
585
590
630

**Defendant's Exhibits**

1-18
20
21
23-33
41 (so long as described/characterized as CCI Invoices Paid)
43-46
65-75
77-78
81
85-89
92-119
121
129
132-141
143-161
163-208
210-286
288-320
322-374[1]

---

[1] The Parties identify those exhibits to which the Court has already overruled objections at the Court's request to provide a streamlined list of exhibits. The Parties do not waive their objections by including on this list an exhibit previously admitted by the Court after overruling the Party's objection.

Date:  March 10, 2015

Respectfully submitted,

By: */s/ Christine A. Nowak*
Brian A. Colao
State Bar No.  00793528
Thomas M. Hanson
State Bar No. 24068703
Christine A. Nowak
State Bar No. 24050200
1717 Main Street, Ste. 4200
Dallas, Texas 75201
(214) 462-6400 (Telephone)
(214) 462-6401 (Facsimile)
bcolao@dykema.com

**ATTORNEYS FOR CEDARCRESTONE**

*Ann Marie Arcadi*
Steven G. Schortgen, Lead Counsel
  Texas State Bar No. 00794603
  steve.schortgen@klgates.com
Ann Marie Arcadi
  Texas State Bar No. 00786994
  annmarie.arcadi@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
  jennifer.ayers@klgates.com
Jack J. Stone
  Texas State Bar No. 24083592
  jack.stone@klgates.com

K&L Gates LLP
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 Facsimile

**ATTORNEYS FOR AFFILIATED COMPUTER SERVICES, LLC, n/k/a XEROX BUSINESS SERVICES, LLC**